1  MICHAEL T. LUCEY (SBN: 099927)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
6  Attorneys for Defendants

7  **EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10 EDITH CARTWRIGHT,                    )   CASE NO. CIV-S-05-0725 MCE-KJM
                        Plaintiff,      )
11              v.                      )
                                        )
12 UNIVERSITY OF CALIFORNIA, DAVIS, a   )   **ORDER REGARDING DEFENDANTS'**
   public entity; REGENTS OF THE        )   **APPLICATION FOR EXTENSION OF**
13 UNIVERSITY OF CALIFORNIA, DAVIS, as  )   **TIME TO RESPOND TO PLAINTIFF'S**
   individuals and in their official capacity; SAL )  **COMPLAINT (LOCAL RULE 6-144)**
14 GENITO, as an individual and in his official )
   capacity; ALLEN TOLLEFSON, as an     )
15 individual and in his official capacity; DENNIS )
   SHIMEK, as an individual and in his official )
16 capacity; DANIEL GRAY, as an individual and )
   in his official capacity; HUMBERTO GARCIA, )
17 as an individual and in his official capacity; )
   JULIE MCNEAL, as an individual and in his )
18 official capacity; LOUIE J. SLAYTON, as an )
   individual and in his official capacity; )
19 DARRELL RALLS, as an individual and in his )
   official capacity; AL MININE, as an individual )
20 and in his official capacity; AND DOES 1-110, )
                                        )
21                      Defendants.     )
   _____ )

22      **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendants

23 Application for Extension of Time to Respond to Plaintiff's Complaint is granted.

24 ///

25 ///

26 ///

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-

Defendants responsive pleading is now due on or before December 31, 2005.

Dated:  December 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Defendants' Application for Extension of Time to Respond to Plaintiff's Complaint