```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  EDITH F. CARTWRIGHT,              No. 2:05-cv-0725-MCE-KJM
12            Plaintiff,
13       v.                           RELATED CASE ORDER
14  UNIVERSITY OF CALIFORNIA
    REGENTS, UNIVERSITY OF
15  CALIFONRIA, SAL GENITO,
    ALLEN TOLLEFSON, DENNIS
16  SHIMEK, DANIEL GRAY,
    HUMBERTO GARCIA, JULIE
17  McNEAL, LOUIE SLAYTON,
    DARRELL RALLS, and AL MININE,
18
              Defendants.
19  _____/
20  EDITH F. CARTWRIGHT,              No. 2:05-cv-2439-LKK-GGH
21            Plaintiff,
22       v.
23  UNIVERSITY OF CALIFORNIA AT
    DAVIS, REGENTS OF UC DAVIS,
24  DENNIS SHIMEK, SAL GENITO, III,
25            Defendants.
    _____/
26
27  ///
28  ///
```

1   Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 Defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11   The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this Court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17   IT IS THEREFORE ORDERED that the action denominated 2:05-cv-
18 2439-LKK-GGH, EDITH F. CARTWRIGHT v. UNIVERSITY OF CALIFORNIA AT
19 DAVIS, ET AL., is reassigned to Judge Morrison C. England, Jr.
20 and Kimberly J. Mueller for all further proceedings, and any
21 dates currently set in this reassigned case only is hereby
22 VACATED.  The parties are referred to the attached Order
23 Requiring Joint Status Report.  Henceforth, the caption on
24 documents filed in the reassigned case shall be shown as 2:05-
25 2439-MCE-KJM.
26 ///
27 ///
28 ///

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3