```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  EDITH F. CARTWRIGHT,              No. 2:05-cv-0725-MCE-KJM
12            Plaintiff,
13       v.                           RELATED CASE ORDER
14  UNIVERSITY OF CALIFORNIA
    REGENTS, UNIVERSITY OF
15  CALIFORNIA, SAL GENITO,
    ALLEN TOLLEFSON, DENNIS
16  SHIMEK, DANIEL GRAY, HUMBERTO
    GARCIA, JULIE MCNEAL, LOUIE
17  SLAYTON, DARREL RALLS, and
    AL MININE,
18
              Defendants.
19  _____/
20  EDITH F. CARTWRIGHT,              No. 2:06-cv-0128-GEB-KJM
21            Plaintiff,
22       v.
23  REGENTS OF THE UNIVERSITY OF
    CALIFORNIA, UNIVERSITY OF
24  CALIFORNIA, DENNIS SHIMEK,
    and SAL GENITO, III,
25
              Defendants.
26  _____/
27  ///
28  ///
                                 1
```

1     Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11     The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17     IT IS THEREFORE ORDERED that the actions denominated 2:06-
18 cv-0128-GEB-KJM, EDITH F. CARTWRIGHT v. REGENTS OF THE UNIVERSITY
19 OF CALIFORNIA, et al., is reassigned to Judge Morrison C.
20 England, Jr. And Kimberly J. Mueller for all further proceedings,
21 and any dates currently set in these reassigned cases only are
22 hereby VACATED.  The parties are referred to the attached Order
23 Requiring Joint Status Report.  Henceforth, the caption on
24 documents filed in the reassigned case shall be shown as 2:06-cv-
25 0128-MCE-KJM.
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE